UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROOKE BALCHAN,

                Plaintiff,

-against-

NEW ROCHELLE CITY SCHOOL DISTRICT, et al.,

                Defendants.

**ORDER**

23-CV-06202 (PMH)

PHILIP M. HALPERN, United States District Judge:

    In light of the Court's March 21, 2025 Order (Doc. 80), the April 21, 2025 case management conference is adjourned to **June 9, 2025 at 2:30 p.m.** in a courtroom to be determined at the White Plains courthouse.

                              SO ORDERED:

Dated:   White Plains, New York
           March 31, 2025

                              PHILIP M. HALPERN
                              United States District Judge