

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
LAURA ALTO
RICHARD B. EPSTEIN

_____

*ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

WRITER'S E-MAIL:
  REPSTEIN@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
GABRIELLA CAMPIGLIA
KENNETH MASTELLONE°
_____
ASSOCIATES
BRANDON H. DORMAN
WALDER THAME-TURNER°
MICHAEL KHAN
JAMES VOLPE
SUZANNE LODGE°
DEE JAE DILIBERTO

August 4, 2025

**VIA ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**   *Brooke Balchan v. New Rochelle City School District, et al.*
             **Docket No. 7:23-cv-06202-PMH**

Dear Judge Halpern:

    Our office represents the defendants. We write pursuant to Your Honor's Order of July 7, 2025 to provide a copy of the marked Second Amended Complaint.

    We thank Your Honor for your continued attention to this matter.

                      Respectfully submitted,
                      **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                      Richard Epstein

Enclosure
cc:    All counsel via ECF

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

**MAY 21, 2024**
**PAGE 2 OF 2**