**GILBERT LA**[W]

425 BROADHOLLOW ROAD, SUITE 405
MELVILLE, NY 11747-4701
631.630.0100

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 101.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 27, 2025

BY ELECTRON[IC FILING]

August 27, 2025

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Balchan v. New Rochelle City School District, et al.*
Case No. 7:23-cv-06202 (PMH)

Dear Judge Halpern:

    This office represents the plaintiff, Dr. Brooke Balchan ("plaintiff"), in the above-referenced action. This letter shall serve to request an extension of the parties' briefing schedule for defendants' Motion for Summary Judgment (the "Motion"). On July 7, 2025, Your Honor issued a Minute Entry setting forth a briefing schedule that required defendants to serve plaintiff with their initial Motion papers by August 4, 2025, plaintiff to serve her opposition by September 1, 2025, and defendants to file the parties' respective Motion papers, including any reply, by September 15, 2025. I have had a number of unavoidable professional commitments, some that were already scheduled and others that have recently arisen, which have impeded and will continue to impede my ability to complete plaintiff's opposition by September 1, 2025. Accordingly, plaintiff respectfully requests that her time to serve defendants with her opposition be extended until September 19, 2025, and that defendants' time to serve the parties' Motion papers be extended until October 8, 2025.

    This is plaintiff's first request for an extension in time to the parties' briefing schedule for defendants' Motion for Summary Judgment. Defendants have consented to plaintiff's request. Should plaintiff's request be granted, the requested extension will not prejudice any party to this action. Please note that our office is a boutique law firm comprising three attorneys, of which, I am the only attorney working on this case. Given my calendar and number of claims remaining in the instant action, the requested extension represents the minimum amount of time I require to complete plaintiff's opposition..

    Thank you for Your Honor's ongoing courtesies and consideration of this matter.

Very truly yours,

GILBERT LAW GROUP

*[signature]*

JASON ANDREW GILBERT

cc: Michael A. Miranda, Esq. (by ECF)
    Richard Brian Epstein, Esq. (by ECF)
    Maurizio Savoiardo, Esq. (by ECF)