UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BROOKE BALCHAN,

                        Plaintiff,

   -against-

NEW ROCHELLE CITY SCHOOL DISCTRICT, THE BOARD OF EDUCATION OF NEW ROCHELLE CITY SCHOOL DISTRICT, COREY REYNOLDS, GAIL JOYNER, TRACI JACKSON, JONATHAN RAYMOND, NATALIE ALI, Individually, and as Aiders and Abettors,

                        Defendants.
------------------------------------------------------------------x

Docket No.: 23-cv-06202
(PMH)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

     **PLEASE TAKE NOTICE** that upon the annexed declaration of Richard B. Epstein and the exhibits attached thereto; the Statement of Undisputed Material Facts, the accompanying memorandum of law, and upon all pleadings and proceedings heretofore had herein, Defendants, NEW ROCHELLE CITY SCHOOL DISCTRICT, THE BOARD OF EDUCATION OF NEW ROCHELLE CITY SCHOOL DISTRICT, COREY REYNOLDS, GAIL JOYNER, TRACI JACKSON, JONATHAN RAYMOND, and NATALIE ALI, will move this Court, before the Honorable Judge Philip M. Halpern, U.S. District Judge at the Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601, on a date to be ordered by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the defendants' motion for summary judgment dismissing the complaint in its entirety, together with whatever further relief the Court deems just and proper.

Dated:     Mineola, New York
             August 4, 2025

                                                        MIRANDA SLONE SKLARIN
                                                        VERVENIOTIS LLP
                                                        Attorneys for Defendants
                                                        NEW ROCHELLE CITY SCHOOL DISCTRICT,

2

THE BOARD OF EDUCATION OF NEW ROCHELLE CITY SCHOOL DISTRICT, COREY REYNOLDS, GAIL JOYNER, TRACI JACKSON, JONATHAN RAYMOND, and NATALIE ALI

By:_____
Maurizio Savoiardo
Richard B. Epstein
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

TO:   All Counsel via Email