UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BROOKE BALCHAN,                                    :
                      Plaintiff,         :

v.                                                 :
                                                   :
NEW ROCHELLE CITY SCHOOL                           :
DISTRICT, THE BOARD OF EDUCATION                   :          **ORDER**
OF NEW ROCHELLE CITY SCHOOL                        :
DISTRICT, COREY REYNOLDS, GAIL                     :          23 CV 6202 (VB)
JOYNER, TRACI JACKSON, JONATHAN                    :
RAYMOND, NATALIE ALI, Individually, and            :
as Aiders and Abettors,                            :
                                                   :
                  Defendants.            :
------------------------------------------------------------x

As discussed at an on-the-record conference held yesterday and attended by counsel for all parties, it is HEREBY ORDERED:

1.    By **July 2, 2026**, plaintiff shall file a letter regarding how she intends to proceed with Counts IV, VI, IX and X (the "Remaining Claims").

2.    In the event plaintiff decides to voluntarily dismiss the Remaining Claims, the Court will hold a case management conference on **July 23, 2026, at 10:00 a.m.**, at which time counsel shall be prepared to discuss, among other things, the setting of a trial date and a schedule for pretrial submissions.

3.    By **July 16, 2026**, defendants shall file their supplemental summary judgment brief limited to the Remaining Claims, as well as a supplemental Rule 56.1 statement and any supporting documents.

4.    By **August 6, 2026**, plaintiff shall file her opposition.

5.    By **August 20, 2026**, defendants shall file their reply.

Dated: June 24, 2026
      White Plains, NY

                                 SO ORDERED:

                                 _____
                                 Vincent L. Briccetti
                                 United States District Judge

1